UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| SPENCER BANK, S.L.A., | : | |
| Plaintiff, | : | **OPINION** |
| v. | : | Civ. No. 07-1337 (WHW) |
| LAWRENCE B. SEIDMAN, SEIDMAN & ASSOCIATES, LLC, VETERI PLACE CORPORATION, and MENLO ACQUISITION CORPORATION, | : | |
| Defendants. | : | |

**Walls, Senior District Judge**

This matter having been opened to the Court by Defendants, seeking dismissal of the Complaint for failure to state a claim upon which relief can be granted; and the Court having considered the moving, opposition, and reply briefs and having heard oral argument; and for good cause shown:

It is on this 3rd day of January, 2008,

**ORDERED** that Defendants' motion to dismiss is **GRANTED** with prejudice.

s/William H. Walls
United States Senior District Judge