UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SPENCER BANK, S.L.A., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> LAWRENCE B. SEIDMAN, SEIDMAN & : <br> ASSOCIATES, LLC, VETERI PLACE : <br> CORPORATION, and MENLO : <br> ACQUISITION CORPORATION, : <br> : <br> Defendants. : <br> : | **OPINION** <br><br> Civ. No. 07-1337 (WHW) |

**Walls, Senior District Judge**

This matter having been opened to the Court by Defendants, seeking dismissal of the Complaint for failure to state a claim upon which relief can be granted; and the Court having considered the moving, opposition, and reply briefs and having heard oral argument; and for good cause shown:

It is on this 3rd day of January, 2008,

**ORDERED** that Defendants' motion to dismiss is **GRANTED** with prejudice.

s/William H. Walls
United States Senior District Judge